# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**WALTER K. RILEY**

**-vs-**

**WARDEN, AVOYELLES CORRECTIONAL CENTER**

**CIVIL ACTION NO. 04-CV-1331**

**JUDGE LITTLE**

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 by *pro se* plaintiff Walter K. Riley ("Riley") be denied and dismissed without prejudice. Riley has not timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, the habeas corpus petition filed pursuant to 28 U.S.C. § 2254 by Riley is DENIED and DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

14 October 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).